| | |
|---|---|
| 1 | MARIO N. ALIOTO, ESQ. (SB# 56433) |
| | LAUREN C. RUSSELL, ESQ. (SB# 241151) |
| 2 | TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP |
| 3 | 2280 Union Street |
| | San Francisco, CA 94123 |
| 4 | Telephone: (415) 563-7200 |
| | Facsimile: (415) 346-0679 |
| 5 | |
| 6 | JOSEPH M. PATANE (SB# 72202) |
| | LAW OFFICES OF JOSEPH M. PATANE |
| 7 | 2280 Union Street |
| | San Francisco, CA 94123 |
| 8 | Telephone: (415) 563-7200 |
| | Facsimile: (415) 346-0679 |
| 9 | |
| 10 | Attorney for Plaintiff |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAWRENCE LANG, DBA LANG DEVELOPMENT, on behalf of himself and all others similarly situated, | ) ) ) | Case No. C-06cv02180 (MEJ) **CLASS ACTION** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| LOUISIANA-PACIFIC CORPORATION; GEORGIA-PACIFIC CORPORATION; WEYERHAEUSER COMPANY; POTLATCH CORPORATION; AINSWORTH LUMBER CO., LTD.; NORBORD, INC.; J.M. HUBER CORPORATION; and DOES 1-10, | ) ) ) ) ) ) ) ) | [PROPOSED] **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| Defendants | ) ) ) | |

1  Upon motion of plaintiff Lawrence Lang, and for good cause shown, IT IS HEREBY
2  ORDERED that the above-captioned action is dismissed without prejudice as to defendants
3  Louisiana-Pacific Corporation, Georgia-Pacific Corporation, Weyerhaeuser Company, Potlatch
4  Corporation, Ainsworth Lumber Co., Ltd., Norbord, Inc., and J.M. Huber Corporation.
5  The Clerk of Court shall close the file.

Dated: May 23, 2006

_____
Hon. Maria-Elena James
United States Magistrate Judge



IT IS SO ORDERED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA